## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| MARSHA CHAMBERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:06-CV-1957-K |
| v. | § | |
| | § | |
| SPCA OF TEXAS et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted as the Findings and Conclusions of the Court.

SO ORDERED.

Signed this 9th day of July, 2007

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE